FILE COPY

# IN THE SUPREME COURT OF TEXAS

No. 19-1013

IN RE COLETTE SAVAGE, RELATOR

ON PETITION FOR WRIT OF MANDAMUS

**ORDER**

1.     Pursuant to the notice of bankruptcy, filed with this Court on January 23, 2020, this case is **ABATED**.  TEX. R. APP. P. 8.2.

2.     This case is removed from the Court's active docket and shall be treated as closed, subject to reinstatement upon proper motion.  TEX. R. APP. P. 8.3.  All motions and other documents pending or filed are abated subject to being reargued in the event the case is reinstated. TEX. R. APP. P. 8.2 and 8.3.  It is the parties' responsibility to immediately notify this Court once the automatic bankruptcy stay is lifted.

Done at the City of Austin, this 24th day of January 2020.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk